USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/24/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
RYAN MCKENNA,                                  :
                                               :
                      Plaintiff,  :
                                               :
       -against-                         :      25-CV-05474(VEC)
                                               :
TRILLER, INC., TRILLER GROUP, INC.,            :      ORDER
TRILLER CORP., TRILLER HOLD CO., LLC,          :
TRILLER PLATFORM, CO. and AGBA                 :
HOLDING LTD.,                                  :
                                               :
                      Defendants,  :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on July 2, 2025, Plaintiff filed this lawsuit, *see* Compl., Dkt. 1;

       WHEREAS the Initial Pretrial Conference is scheduled for September 26, 2025, *see* Dkt. 16;

       WHEREAS Defendants have neither answered the Complaint nor appeared in this action; and

       WHEREAS on September 22, 2025, the Clerk of Court issued a Certificate of Default upon Plaintiff's request, *see* Dkts. 27–29;

       IT IS HEREBY ORDERED that the Initial Pretrial Conference scheduled for Friday, September 26, 2025, at 10:00 A.M. is ADJOURNED *sine die*.

IT IS FURTHER ORDERED that Plaintiff must move for default judgment by **Thursday, October 9, 2025**. Plaintiff is directed to Attachment A to the Undersigned's Individual Practices in Civil Cases for the Court's requirements for moving for default judgment.

**SO ORDERED.**

Date:  September 24, 2025
       New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　**VALERIE CAPRONI**
　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**