```
                                                    ┌─────────────────────────────────┐
                                                    │ USDC SDNY                       │
UNITED STATES DISTRICT COURT                        │ DOCUMENT                        │
SOUTHERN DISTRICT OF NEW YORK                       │ ELECTRONICALLY FILED            │
-------------------------------------------------X  │ DOC #:_____        │
  RYAN MCKENNA,                               :     │ DATE FILED:   11/10/2025        │
                                              :     └─────────────────────────────────┘
                           Plaintiff,         :
                                              :
            -against-                         :       25-CV-05474 (VEC)
                                              :
  TRILLER, INC., TRILLER GROUP, INC.,         :            ORDER
  TRILLER CORP., TRILLER HOLD CO., LLC,       :
  TRILLER PLATFORM, CO. and AGBA              :
  HOLDING LTD.,                               :
                                              :
                           Defendants.        :
-------------------------------------------------X
```

VALERIE CAPRONI, United States District Judge:

    WHEREAS on July 2, 2025, Plaintiff filed this lawsuit, *see* Compl., Dkt. 1;

    WHEREAS Defendants have neither answered the Complaint nor appeared in this action;

    WHEREAS on September 22, 2025, the Clerk of Court issued a Certificate of Default upon Plaintiff's request, *see* Dkts. 27–29;

    WHEREAS on October 7, 2025, Plaintiff moved for default judgment against Defendants, *see* Dkts. 31–34;

    WHEREAS on October 9, 2025, the Court ordered Defendants to show cause why default judgment should not be entered in Plaintiff's favor at a hearing on Friday, November 7, 2025, *see* Dkt. 35;

    WHEREAS Defendants did not appear at the hearing; and

    WHEREAS Plaintiff's submissions in support of his motion for default judgment, *see* Dkt. 31, are insufficient for the Court to accurately assess damages owed to Plaintiff;

    IT IS HEREBY ORDERED that by **Friday, November 21, 2025**, Plaintiff must submit an amended motion for default judgment and supporting documents, as directed by the Court at

the hearing on November 7, 2025. Plaintiff must submit an affidavit from Plaintiff (or someone with actual knowledge) authenticating any documentary evidence submitted in support of the motion, including for example, any promissory note(s), service agreement(s), and payment history(ies). The affiant must also briefly describe the total damages that Defendant owes Plaintiff and the how the affiant calculated the sum. Plaintiff is directed to Attachment A to the Undersigned's Individual Practices in Civil Cases for the Court's requirements for moving for default judgment.

IT IS FURTHER ORDERED that by **Friday, November 21, 2025**, Defendant must submit a letter memorandum, **not to exceed three (3) pages**, summarizing the relevant contours of California law regarding pre-judgment interest and how such law should be applied in this case.

**SO ORDERED.**

Date: **November 10, 2025**  
New York, New York

**VALERIE CAPRONI**  
**United States District Judge**