UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

RYAN MCKENNA,                                          :
                                                       :
                                        Plaintiff,     :
                                                       :
                     -against-                         :       25-CV-05474 (VEC)
                                                       :
TRILLER, INC., TRILLER GROUP, INC.,                    :       ORDER
TRILLER CORP., TRILLER HOLD CO., LLC,                  :
TRILLER PLATFORM, CO. and AGBA                         :
HOLDING LTD.,                                          :
                                                       :
                                        Defendants.    :
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___12/1/2025___
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 2, 2025, Plaintiff Ryan McKenna commenced this action, *see* Compl., Dkt. 1, and Defendants Triller Corp., Triller Group, Inc. (prior to merger, formerly known as AGBA Holding Ltd. and Triller Inc.), Triller Hold Co. LLC, and Triller Platform Co. were served on July 22, 2025, *see* Dkts. 18–21;

WHEREAS Returns of Service were filed with the Court on August 15, 2025, *see id.*;

WHEREAS to date, none of the Defendants has answered, moved, or otherwise plead with respect to the Complaint;

WHEREAS on September 22, 2025, the Clerk of Court issued a Certificate of Default upon Plaintiff's request, *see* Dkts. 27–29;

WHEREAS on October 7, 2025, Plaintiff moved for default judgment against all Defendants and supported his motion with a Statement of Damages, *see* Dkt. 32, a Declaration of Maximilian T. Hass, sworn to on October 7, 2025, and exhibits thereto, *see* Dkts. 27–31, 33;

WHEREAS on October 9, 2025, the Court ordered Defendants to show cause why default judgment should not be entered in Plaintiff's favor at a hearing on Friday, November 7, 2025, *see* Dkt. 35;

WHEREAS Defendants did not appear at the hearing; and

WHEREAS, on November 21, 2025, at the Court's request, *see* Dkt. 43, Plaintiff supplemented his motion for default judgment and Statement of Damages by submitting (i) a memorandum regarding the application of California law on any prejudgment interest to be assessed in this case, *see* Dkt. 44, and (ii) an Affidavit of Plaintiff Ryan McKenna ("McKenna Decl."), notarized and sworn to on November 19, 2025, further supporting Plaintiff's damages request, *see* Dkt. 45;

IT IS HEREBY ORDERED that judgment be entered in favor of Plaintiff, Ryan McKenna, and against Defendants Triller Corp., Triller Group, Inc., Triller Hold Co. LLC, and Triller Platform Co., jointly and severally, in the following amounts:

    a.    **$92,157.08**, reflecting the unpaid principal balance owed to Plaintiff pursuant to the Promissory Note, executed by the parties August 20, 2024, *see* Dkt. 31-8,[1] with interest to be calculated on the unpaid principal balance as set forth below:

        i.    10% interest[2] on the $30,719.02 outstanding balance due on November 5, 2024, through the date of judgment;

---

[1] The Promissory Note indicates the "payments shall be made in six (6) equal monthly installments with the first payment made on August 5, 2024[,] and with each subsequent payment paid on the 5th of the following month until the principal amount [$181,770.15] is paid in full." Dkt. 31-8. Plaintiff received payments of $28,175.03, $30,719.02, and $30,719.02 on August 3, 2024, September 9, 2024, and October 10, 2024, respectively. *See* Dkt. 31-9; McKenna Decl. ¶¶ 11–15. Plaintiff has not received a payment from Defendants pursuant to the obligations in the Promissory Note since October 10, 2024. *See id.*

[2] The Promissory Note specifies that its terms shall be governed by and construed under the laws of the State of California. *See* Dkt. 31-8. Under California Civil Code § 3287(a), a plaintiff may recover prejudgment interest

ii.    10% interest on the $30,719.02 outstanding balance due on December 5, 2024, through the date of judgment; and

iii.    10% interest on the $30,719.04 outstanding balance due on January 5, 2025, through the date of judgment.

The Clerk of Court is respectfully directed to enter judgment for Plaintiff as directed above and to close this case.

**SO ORDERED.**

**Date:  December 1, 2025**
**        New York, New York**

**VALERIE CAPRONI**
**United States District Judge**

---

when damages are calculably certain.  *See* Pl. Mem., Dkt. 44 at 3.  California Civil Code § 3289(b) imposes a default 10% annual interest rate where a contract does not otherwise stipulate a rate of interest.  *Id.*  Because the Promissory Note does not stipulate a rate of interest, the Court finds that a 10% annual interest rate pursuant to California Civil Code § 3289(b) is appropriate.