**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
RYAN MCKENNA,

                 Plaintiffs,

                                       25 **CIVIL** 5474 (VEC)

       -against-                                    **JUDGMENT**

TRILLER, INC., TRILLER GROUP, INC.,
TRILLER CORP., TRILLER HOLD CO., LLC,
TRILLER PLATFORM, CO. and AGBA
HOLDING LTD.,

                 Defendants.
------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Order dated December 1, 2025, judgment is entered in favor of Plaintiff, Ryan McKenna, and against Defendants Triller Corp., Triller Group, Inc., Triller Hold Co. LLC, and Triller Platform Co., jointly and severally, in the following amounts: a. $92,157.08, reflecting the unpaid principal balance owed to Plaintiff pursuant to the Promissory Note, executed by the parties August 20, 2024, see Dkt. 31-8, with interest to be calculated on the unpaid principal balance as set forth below: 1. 10% interest on the $30,719.02 outstanding balance due on November 5, 2024, through the date of judgment; 11. 10% interest on the $30,719.02 outstanding balance due on December 5, 2024, through the date of judgment; and m. 10% interest on the $30,719.04 outstanding balance due on January 5, 2025, through the date of judgment; accordingly, the case is closed.

**DATED**: New York, New York
          December 1, 2025

                                             **TAMMI M. HELLWIG**

                                             **Clerk of Court**

                             **BY:** _Nessam Dulol_
                                    **Deputy Clerk**